1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:        (650) 599-9785
4
   Attorney for Plaintiff INAS SHAABAN
5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9
                                          Case No. CV 08 3339 CRB
10 INAS SHAABAN,

11         Plaintiff,
                                          **PLAINTIFF'S JURY DEMAND**
12

13    v.

14
   COVENANT AVIATION SECURITY,
15 LLC, AND DOES 1 TO 20,

16         Defendants.

17 _____

18
   TO: THE ABOVE ENTITLED COURT, AND TO ALL PARTIES HERETO, AND
19
   THEIR ATTORNEYS OF RECORD:
20
        PLEASE TAKE NOTICE that Plaintiff demands a trial by jury as to all issues
21
   herein that are so triable.
22
   DATED: July 10, 2008
23

24
                                       _____
25                                     MICHAEL E. ADAMS
                                       Attorney for Plaintiff
26                                     INAS S. SHAABAN

27

28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Plaintiff's Jury Demand