| | |
|---|---|
| 1 | MICHAEL E. ADAMS (SBN: 47278) |
| | LAW OFFICES OF MICHAEL E. ADAMS |
| 2 | 702 Marshall Street, Suite 300 |
| | Redwood City, CA 94063 |
| 3 | Telephone: (650) 599-9463 |
| | Fax:          (650) 599-9785 |
| 4 | |
| 5 | Attorney for Plaintiff INAS SHAABAN |

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN MATEO

| | | |
|---|---|---|
| 10 | INAS S. SHAABAN, | Case No. C 08-03339 CRB |
| 11 | Plaintiff, | |
| 12 | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
| 13 | v. | |
| 14 | | |
| 15 | COVENANT AVIATION SECURITY, LLC, AND DOES 1 TO 20, | |
| 16 | Defendants. | |
| 17 | _____ | |

The parties hereto, by and through their undersigned counsel, stipulate, subject to approval by this court, to continue the pending Case Management Conference from March 16, 2009 to May 29, 2009 at 8:30 a.m. The reason for this stipulation is that the parties have continued their pending Early Neutral Evaluation session to May 11, 2009, in order to conduct further discovery in the meantime and thereby increase the potential utility of the Early Neutral Evaluation session. The parties suggest that the Case Management Conference would be of greater value if conducted following completion of the Early Neutral Evaluation session.

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Continue Case Management Conference; Order

1  DATED: March 13, 2009                    DATED: March 13, 2009

2

3  /s/ Michael E. Adams                    /s/ Joseph A. Schwachter
   _____         _____
4  MICHAEL E. ADAMS                         JOSEPH A. SCHWACHTER
   Attorney for Plaintiff                   Attorney for Defendant
5  INAS S. SHAABAN                          COVENANT AVIATION SECURITY, LLC

6

7                                    **ORDER**

8       Good cause appearing,

9  IT IS HEREBY ORDERED that the Case Management Conference pending herein be

10 continued from March 20, 2009 to May 29, 2009 at 8:30 a.m.

11 DATED: March 20, 2009

                                          IT IS SO ORDERED
                                          Judge Charles R. Breyer
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Continue Case Management Conference; Order