IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INAS S. SHAABAN, | No. C 08-03339 CRB |
| Plaintiff, | **ORDER ENLARGING TIME FOR DEFENDANT TO FILE REPLY** |
| v. | |
| COVENANT AVIATION SECURITY, | |
| Defendant. | |

The Court is in receipt of a motion by Defendant Covenant Aviation Security, LLC to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or alternatively to enlarge the time for Defendant to file its Reply. The Court has also received Plaintiff Inas S. Shaaban's Nonopposition In Part to that motion, insofar as it requests an enlargement of time. The Court hereby GRANTS Defendant's motion: Defendant shall have until September 21, 2009 to file its Reply.

**IT IS SO ORDERED.**

Dated: September 16, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3339\order enlarging time.wpd