IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INAS S. SHAABAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COVENANT AVIATION SECURITY,<br><br>    Defendant.<br>_____/ | No. CV 08-03339 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendant Covenant Aviation Security's Motion for Summary Judgment, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 10, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3339\judgment.wpd